**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREMAYNE LEON WOOD, | ) NO. CV 08-06343 RGK (SS) |
| Petitioner, | ) **JUDGMENT** |
| v. | ) |
| KELLY HARRINGTON, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   March 18, 2010

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE